United States Bankruptcy Court
Eastern District of California

In re:     Case No. 25-20257-A

Kristina Lynn Fluetsch     Chapter 11
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0972-2     User: auto     Page 1 of 1
Date Rcvd: Jan 23, 2025     Form ID: L75     Total Noticed: 2

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 25, 2025:**
NONE

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| db | + Email/PDF: kfluetsch@me.com | Jan 24 2025 00:57:00 | Kristina Lynn Fluetsch, 2722 Latham Dr, Sacramento, CA 95864-7107 |
| smg | Email/Text: sbse.cio.bnc.mail@irs.gov | Jan 24 2025 00:57:00 | IRS, PO Box 7346, Philadelphia, PA 19101-7346 |

TOTAL: 2

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| intp | | Jason Blumberg |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 25, 2025     Signature:     /s/Gustava Winters

FORM L75 Notice of Transferred Case  (v.1.15)　　　25−20257 − A − 11

# UNITED STATES BANKRUPTCY COURT
## Eastern District of California

**Robert T Matsui United States Courthouse**
**501 I Street, Suite 3−200**
**Sacramento, CA 95814**

(916) 930−4400
www.caeb.uscourts.gov
M−F 9:00 AM − 4:00 PM



## NOTICE OF TRANSFERRED CASE

**Case Number:** 25−20257−B−11

**Debtor Name(s), Social Security Number(s), and Address(es):**

Kristina Lynn Fluetsch
2722 Latham Dr
Sacramento, CA 95864

**OTHER NAMES USED WITHIN 8 YEARS BEFORE FILING THE PETITION:**
Kristina Lynn Thornton
Kristina Lynn Krinsky

**NOTICE IS HEREBY GIVEN THAT:**

The above−entitled bankruptcy case has been transferred for all further proceedings to the Honorable Fredrick E. Clement, United States Bankruptcy Judge, Department A, Sacramento Division. Please include the following case number on all documents filed subsequently in this case:

**Case Number:** 25−20257 − A − 11

Dated:
1/23/25

For the Court,
Wayne Blackwelder , Clerk