FORM L50 Order re Chapter 11 Status Conference and Notice Thereof  (v.11.21)

# UNITED STATES BANKRUPTCY COURT
## Eastern District of California

**Robert T Matsui United States Courthouse**
**501 I Street, Suite 3–200**
**Sacramento, CA 95814**

(916) 930–4400
www.caeb.uscourts.gov
M–F 9:00 AM – 4:00 PM



## ORDER RE CHAPTER 11 STATUS CONFERENCE AND NOTICE THEREOF

**Case Number:**     25–20257 – A – 11
**Docket Control Number:**     CAE–1

(Docket Control number CAE–1 must be used on all status conference reports, and for original and continued hearings in this case.)

**Debtor Name(s) and Address(es):**

Kristina Lynn Fluetsch
 2722 Latham Dr
Sacramento, CA 95864

        **IT IS ORDERED** that, pursuant to 11 U.S.C. § 105(d), the principal bankruptcy counsel for the debtor in possession, or counsel for the Chapter 11 trustee if one has been appointed, and counsel for the creditors' committee (if any) shall appear for a status conference on the following date, time and place:

**DATE & TIME:**     3/3/25 at 09:00 AM
**PLACE:**     U.S. Bankruptcy Court
        Courtroom 28, 7th Floor, Robert T Matsui United States Courthouse, 501 I Street, Sacramento, CA

        In addition, the United States Trustee and any creditor or party in interest is invited to attend. The purpose of the conference is to expedite the chapter 11 case by establishing early and continuing control, to discourage wasteful litigation activities, and to facilitate settlement of disputed matters.

        **IT IS FURTHER ORDERED** that at least 14 days prior to the date of the foregoing Initial Status Conference date, the debtor in possession, or Chapter 11 trustee if one has been appointed, shall file a Status Report (which shall include Items 1–9 below) and shall serve that report on the case or standing trustee, the United States Trustee, any committee appointed pursuant to Bankruptcy Code § 1102 or its authorized agents, or if no such committee is appointed, the creditors referred to in the list filed pursuant to Federal Rule of Bankruptcy Procedure 1007(d), and all creditors and other parties in interest who have requested special notice in this case.

        At the status conference, principal bankruptcy counsel for the debtor in possession, or counsel for the Chapter 11 Trustee if one has been appointed, shall appear personally and shall be prepared to advise the court concerning the following:

1.    Administrative solvency of the estate, including identification and treatment of potential professional fees and § 503(b)(9) administrative claims.
2.    Motions for relief from stay which are pending or which have already been acted upon.
3.    Motions under Bankruptcy Code § 365(d)(3) or (4) which are pending or which have already been acted upon.
4.    The status of any stipulations or motions for use of cash collateral or the obtaining of credit.
5.    Whether the proper employment of professionals has been accomplished.
6.    Any pending motions to convert or dismiss the chapter 11 case, or to appoint a chapter 11 trustee.

Continued on Next Page

7.  Intentions concerning a reorganization plan, including a realistic timetable for filing a disclosure statement and a plan and for setting hearings on both.

8.  The timely filing of monthly operating reports, the establishment of debtor–in–possession bank accounts, payment of United States Trustee's fees and proof of adequate insurance.

9.  Any other matters which might materially affect the administration of this chapter 11 case.

**This is notice that** the court may, *sua sponte*, at the status conference, order the case dismissed or converted to chapter 7, or may order the appointment of a chapter 11 trustee.

Dated:                                          For the Court,
1/31/25                                         Wayne Blackwelder , Clerk